IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                                         Case No. 1:22-cv-282-AW-HTC

**SPECIAL AGENT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has issued a report and recommendation concluding this case should be dismissed as frivolous and for improper venue. ECF No. 6. There has been no objection. Having carefully considered the matter, I agree with the magistrate judge.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed as frivolous and for improper venue."

3. The clerk will close the file.

SO ORDERED on December 20, 2022.

                                                          s/ *Allen Winsor*
                                                          United States District Judge